Percy R. Keesler et al., Respondents, v. State of New York, Appellant. (Claim No. 43858.) — Reynolds, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.